DAMON M. BROWN, County Counsel (SBN 242265)
By: MELISSA M. HOLMES, Asst. Chief Deputy (220961)
JENNIFER M. MARTIN, Supervising Deputy (SBN 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 5836
E-mail: Melissa.Holmes@sdcounty.ca.gov; Jennifer.Martin2@sdcounty.ca.gov

Attorneys for Defendant, County of San Diego

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David Beck, an individual,<br><br>Plaintiff,<br><br>v.<br><br>County of San Diego; San Diego County Sheriff's Office Deputy Thompson, in his individual capacity; San Diego County Sheriff's Office Sergeant Stilfield, in his individual capacity; Does 1-20,<br><br>Defendants. | No. 25-cv-03753-W-SBC<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION OF JENNIFER M. MARTIN AS CO-COUNSEL FOR DEFENDANT COUNTY OF SAN DIEGO**<br><br>Judge:Hon. Thomas J. Whelan<br>Magistrate:Hon. Steve B. Chu |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Melissa M. Holmes, Assistant Chief Deputy County Counsel, who is and remains the attorney primarily responsible for the litigation of this action on behalf of Defendant County of San Diego ("Defendant"), hereby associates Jennifer M. Martin, Supervising Deputy County Counsel, as co-counsel in this action.

Ms. Martin accordingly enters her appearance as co-counsel of record for Defendant.

/ / /

Defendant respectfully requests that the Court and all parties update their records and proof of service lists accordingly, and that all future notices, correspondence, and pleadings intended for County Defendants be directed to both counsel identified below:

Melissa M. Holmes, Assistant Chief Deputy County Counsel
OFFICE OF COUNTY COUNSEL
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-5836
E-mail: melissa.holmes@sdcounty.ca.gov

Jennifer M. Martin, Supervising Deputy County Counsel
OFFICE OF COUNTY COUNSEL
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-4860
E-mail: Jennifer.Martin2@sdcounty.ca.gov

DATED: August 20, 2026 DAMON M. BROWN, County Counsel

By *s/ Jennifer M. Martin*
Jennifer M. Martin, Supervising Deputy
Attorneys for Defendant County of San Diego

E-mail: Jennifer.Martin2@sdcounty.ca.gov