EUGENE G. IREDALE: SBN 75292
*egiredale@iredalelaw.com*
JULIA YOO: SBN 231163
*jyoo@iredalelaw.com*
PETER BIBRING: SBN 223981
*pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

JOSHUA J. NUNI: SBN 313724
*jnuni@peopleslaw.la*
THE PEOPLE'S LAW PROJECT: LOS ANGELES
250 E 1st St, Suite 1201
Los Angeles, CA 90012
T: (213) 293-9797
F: (213) 315-0020

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BECK, an individual;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY SHERIFF'S OFFICE DEPUTY THOMPSON, an individual; SAN DIEGO COUNTY SHERIFF'S OFFICE SERGEANT STILFIELD; and DOES 1-20;<br><br>Defendants. | Case No. 25-cv-03753-W-SBC<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Julia Yoo, attorney for Plaintiff, hereby withdraws as counsel of record in this matter. Eugene G. Iredale and Iredale & Yoo APC will continue to actively represent the Plaintiff. All future pleadings, notices, and papers should continue to be served on the remaining attorneys at the firm.

The Clerk is respectfully requested to update the docket accordingly and to remove Ms. Yoo from the court's electronic service list (CM/ECF).

Respectfully submitted,

Dated: September 16, 2026

IREDALE & YOO, APC

By: *<u>/s/ Julia Yoo</u>*
Julia Yoo
Attorneys for Plaintiff David Beck