DAMON M. BROWN, County Counsel (SBN 242265)
By: MELISSA M. HOLMES, Asst. Chief Deputy (220961)
JENNIFER M. MARTIN, Supervising Deputy (SBN 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 335
San Diego, California 92101-2469
Telephone: (619) 531- 5836
E-mail: Melissa.Holmes@sdcounty.ca.gov; Jennifer.Martin2@sdcounty.ca.gov

Attorneys for Defendants, County of San Diego, Deputy Thompson and Sergeant Stilfield

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David Beck, an individual,<br><br>Plaintiff,<br><br>v.<br><br>County of San Diego; San Diego County Sheriff's Office Deputy Thompson, in his individual capacity; San Diego County Sheriff's Office Sergeant Stilfield, in his individual capacity; Does 1-20,<br><br>Defendants. | No. 25-cv-03753-W-SBC<br><br>**JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANTS THOMPSON AND STILFIELD TO RESPOND TO THE COMPLAINT, EARLY NEUTRAL EVALUATION CONFERENCE, CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES**<br><br>Judge: Hon. Thomas J. Whelan<br>Magistrate: Hon. Steve B. Chu |

Plaintiff David Beck and Defendants County of San Diego, Deputy Thompson, and Sergeant Stilfield, through their respective counsel, jointly move the Court for an order continuing by forty-five days (1) the deadline for Defendants Thompson and Stilfield to respond to the Complaint, and (2) the Early Neutral Evaluation Conference ("ENE"), the Case Management Conference ("CMC"), and the related deadlines set in the Court's September 10, 2026 Notice and Order (ECF No. 10). Good cause exists as set forth below.

**I. BACKGROUND**

Plaintiff filed this action on December 23, 2025. (ECF No. 1.) On August 10, 2026, the Court dismissed the third cause of action for municipal liability, the eleventh cause of action for intentional infliction of emotional distress, and all Doe defendants, with leave to amend by August 24, 2026. (ECF No. 7 at 20-21.) Plaintiff did not amend.

Defendant County of San Diego answered on September 8, 2026. (ECF No. 9.) Plaintiff then served Deputy Thompson and Sergeant Stilfield on September 15, 2026. Their response to the Complaint is currently due October 6, 2026. Those Defendants have prepared a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), seeking complete dismissal of Sergeant Stilfield and at several discrete theories asserted against Deputy Thompson.

On September 10, 2026, the Court set the ENE and CMC for October 23, 2026, at 1:00 p.m., together with the related deadlines identified below. (ECF No. 10.)

Counsel met and conferred by videoconference on September 24, 2026, regarding the anticipated motion and regarding case management. This joint motion reflects the agreement they reached.

**II. GOOD CAUSE**

A. Extension of Deadline to Respond to the Complaint.

There is good cause to extend the individual Defendants' time to respond to the Complaint as the extension gives the parties an opportunity to narrow the claims without motion practice. One purpose of the September 24, 2026 conference was to determine whether the claims against the individual Defendants could be narrowed by agreement rather than by motion. That discussion is ongoing. The parties have agreed to exchange core materials related to the underlying facts of the case on or before October 14, 2026, and they believe that exchange will materially inform whether some of the challenged theories can be resolved by stipulation.

/ / /

/ / /

A forty-five day extension of the individual Defendants' response deadline gives that process a chance to work and potentially spares the parties and the Court the expense of briefing and deciding issues the parties can resolve themselves. The request is made before the existing deadline expires, it is the first extension sought by the individual Defendants, who were served on September 15, 2026, and it is unopposed.

B. There is Good Cause to Continue the ENE and Related Deadlines.

The parties recognize that Civil Local Rule 16.1(c)(1) provides counsel and the parties must appear for an ENE within forty-five days of the filing of an answer. They bring this request promptly, four weeks before the conference and before the first affected deadline. The parties believe that this request is in the interest of justice since it will better enable the parties to narrow motion practice and will permit them to meaningfully prepare for the ENE.

Individual Defendants contend that the ordinary operation of the Local ENE rule did not anticipate the procedural posture here. The answer that started the forty-five day period was filed by the County alone. The two individual Defendants were served a week later and are not required to answer unless and until their Rule 12(b)(6) motion is resolved. Fed. R. Civ. P. 12(a)(4)(A). Thus, the conference is thus set to occur before the individual Defendants have appeared by answer and before their motion has been heard.

Individual Defendants contend that the current schedule requires the parties to confer under Rule 26(f) by October 2, 2026, and to lodge a Joint Discovery Plan and exchange initial disclosures by October 16, 2026 which requires the parties to define the scope of discovery by reference to the claims and defenses in the operative pleading. Fed. R. Civ. P. 26(b)(1). Performing them before the individual Defendants have responded to the Complaint would require the parties to negotiate a discovery plan without knowing which claims and which defendants that plan must cover.

/ / /

/ / /

/ / /

Defendants further contend that requiring Sergeant Stilfield to participate in discovery before the Court determines whether he is properly named would impose burden that a ruling in his favor would render unnecessary. Plaintiff does not join in this contention and reserves all rights on that question.

All parties agree that the requested extension, which will occur in conjunction with a document exchange, will better allow the parties to participate in the ENE. The parties have agreed to exchange the following materials on or before October 14, 2026, which is before the date the ENE is currently set:

1. Plaintiff will produce medical records reflecting the injuries alleged in the Complaint, including radiographic imaging.
2. Defendants will produce the body worn camera recording of Thompson and Beck's encounter, the body worn camera video of the telephone call between Sergeant Stilfield and Plaintiff, the body worn camera video of the witness interview, the incident report, and the Computer Aided Dispatch record.

To facilitate this exchange, Plaintiff's counsel will prepare and circulate a stipulated protective order for the parties' review, to be filed with the Court in the ordinary course. This exchange will allow each side to evaluate the case on a factual record rather than on the pleadings. The parties jointly represent that they expect to appear at the continued conference substantially better prepared to engage in meaningful discussions than they would be on October 23, 2026.

No Rule 16 scheduling order, final pretrial conference date, or trial date has been set, so the requested continuance displaces no Rule 16 Scheduling order deadline. Fed. R. Civ. P. 16(b)(4). No party opposes the request.

/ / /

/ / /

/ / /

/ / /

/ / /

## III. PROPOSED CONTINUED DATES

The parties respectfully request that the Court continue the dates set in ECF No. 10 as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Defendants Thompson and Stilfield to respond to the Complaint | Oct. 6, 2026 | Nov. 20, 2026 |
| Rule 26(f) conference (21 days before ENE) | Oct. 2, 2026 | Nov. 16, 2026 |
| Plaintiff's written settlement proposal | Oct. 2, 2026 | Nov. 16, 2026 |
| Defendants' response to settlement proposal | Oct. 9, 2026 | Nov. 23, 2026 |
| Initial disclosures, Fed. R. Civ. P. 26(a) (7 days before ENE) | Oct. 16, 2026 | Nov. 30, 2026 |
| Joint Discovery Plan lodged (7 days before ENE) | Oct. 16, 2026 | Nov. 30, 2026 |
| Exchange and lodgment of ENE statements | Oct. 16, 2026 | Nov. 30, 2026 |
| Early Neutral Evaluation and Case Management Conference | Oct. 23, 2026, 1:00 p.m. | Dec. 7, 2026, or as the Court's calendar permits |

If the Court sets the continued conference on a date other than December 7, 2026, the parties request that the remaining deadlines be adjusted to the intervals prescribed in ECF No. 10 as measured from the continued conference date.

/ / /

/ / /

/ / /

## IV. CONCLUSION

The parties jointly and respectfully request that the Court continue the deadline for Defendants Thompson and Stilfield to respond to the Complaint, and for the Court to continue the ENE, the CMC, and the related deadlines by forty-five days as set forth above.

DATED: September 28, 2026 THE PEOPLE'S LAW PROJECT: LOS ANGELES

By *s/ Joshua J. Nuni*
Joshua J. Nuni

DATED: September 28, 2026 IREDALE & YOO, APC

By *s/ Peter Bibring*
Peter Bibring

Attorneys for Plaintiff

DATED: September 28, 2026 DAMON M. BROWN, County Counsel

By *s/ Jennifer M. Martin*
Jennifer M. Martin, Supervising Deputy
Attorneys for Defendants County of San Diego, Deputy Thompson and Sergeant Stilfield
E-mail: Jennifer.Martin2@sdcounty.ca.gov

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED: September 28, 2026 DAMON M. BROWN, County Counsel

By *s/ Jennifer M. Martin*
Jennifer M. Martin, Supervising Deputy
Attorneys for Defendants County of San Diego, Deputy Thompson and Sergeant Stilfield
E-mail: Jennifer.Martin2@sdcounty.ca.gov