**DECLARATION OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, CA. My business address is 1600 Pacific Highway, Room 335, San Diego, CA, 92101.

On September 28, 2026, I served the following documents:

**JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANTS THOMPSON AND STILFIELD TO RESPOND TO THE COMPLAINT, EARLY NEUTRAL EVALUATION CONFERENCE, CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES**

In the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:


Eugene G. Iredale
Julia Yoo
Peter Bibring
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
T: (619) 233-1525
E-mail: egiredale@iredalelaw.com
jyoo@iredalelaw.com
pbibring@iredalelaw.com
*Attorneys for Plaintiffs*

Joshua J. Nuni
THE PEOPLE'S LAW PROJECT: LOS ANGELES
250 E 1st St., Suite 1201
Los Angeles, CA 90012
T: (213) 293-9797
E-mail: jnuni@peopleslaw.la
*Attorneys for Plaintiff*


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 28, 2026, at San Diego, California.

By: s/ Jennifer M. Martin
E-mail: Jennifer.Martin2@sdcounty.ca.gov