DAMON M. BROWN, County Counsel (SBN 242265)
By: MELISSA M. HOLMES, Asst. Chief Deputy (220961)
JENNIFER M. MARTIN, Supervising Deputy (SBN 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 335
San Diego, California 92101-2469
Telephone: (619) 531- 5836
E-mail: Melissa.Holmes@sdcounty.ca.gov; Jennifer.Martin2@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Deputy Thompson, and Sergeant Stilfield

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

David Beck, an individual,

Plaintiff,

v.

County of San Diego; San Diego County Sheriff's Office Deputy Thompson, in his individual capacity; San Diego County Sheriff's Office Sergeant Stilfield, in his individual capacity; Does 1-20,

Defendants.

No. 25-cv-03753-W-SBC

**NOTICE OF MOTION AND DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Date: November 16, 2026
Courtroom: 3C
Judge:Hon. Thomas J. Whelan
Magistrate: Hon. Steve B. Chu

**NO ORAL ARGUMENT PER LOCAL RULE UNLESS FURTHER ORDERED BY THE COURT**

PLEASE TAKE NOTICE that on November 16, 2026, or as soon thereafter as the matter may be heard, in Courtroom 3C of the Honorable Thomas J. Whelan, United States District Court Judge, located at 221 West Broadway, San Diego, California, 92101, Defendants Deputy Thompson, and Sergeant Stilfield will move to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, rule 12(b)(6), on the grounds that several claims in the complaint fail to state a valid claim.

The motion will be based upon this notice, the accompanying memorandum of points and authorities, the request for judicial notice, declaration of Stefanie Osborn, and upon all papers and pleadings on file in this action.

DATED: October 6, 2026 DAMON M. BROWN, County Counsel

By *s/ Jennifer M. Martin*
Jennifer M. Martin, Supervising Deputy
Attorneys for Defendant County of San Diego
E-mail: Jennifer.Martin2@sdcounty.ca.gov