DAMON M. BROWN, County Counsel (SBN 242265)
By: MELISSA M. HOLMES, Asst. Chief Deputy (220961)
JENNIFER M. MARTIN, Supervising Deputy (SBN 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 335
San Diego, California 92101-2469
Telephone: (619) 531- 5836
E-mail: Melissa.Holmes@sdcounty.ca.gov; Jennifer.Martin2@sdcounty.ca.gov

Attorneys for Defendants, County of San Diego, Deputy Thompson and Sergeant Stilfield

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

David Beck, an individual,

Plaintiff,

v.

County of San Diego; San Diego County Sheriff's Office Deputy Thompson, in his individual capacity; San Diego County Sheriff's Office Sergeant Stilfield, in his individual capacity; Does 1-20,

Defendants.

No. 25-cv-03753-W-SBC

**DECLARATION OF STEFANIE OSBORN IN SUPPORT OF DEFENDANTS DEPUTY THOMPSON AND SERGEANT STILFIELD'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Date: November 16, 2026
Courtroom: 3C
Judge: Hon. Thomas J. Whelan
Magistrate: Hon. Steve B. Chu

**[NO ORAL ARGUMENT PER LOCAL RULE UNLESS FURTHER ORDERED BY THE COURT]**

I, STEFANIE OSBORN, declare:

1. I am employed by the County of San Diego, Office of County Counsel, Claims and Investigations Division, as the Claims and Investigations Supervisor. I have personal knowledge of the facts stated in this declaration and would testify to them if called to do so.

/ / /

/ / /

2. The Claims Division receives, logs, and maintains claims for money or damages presented to the County of San Diego under California Government Code section 910 et seq. When a claim is received, Claims Division staff time-stamp the claim, assign it a claim file number, and maintain it in the claim file. These records are made at or near the time of receipt by staff with knowledge of the receipt, and are kept in the regular course of the Claims Division's regularly conducted activity. I am familiar with these records and the manner in which they are created and maintained.

3. On May 19, 2025, the Claims Division received a claim presented on behalf of David James Beck arising from an incident on November 25, 2024, at Primrose Avenue and Azalea Drive in Vista, California.

4. Attached as Exhibit A is a true and correct copy of that claim, including the four-page narrative attachment designated "Exhibit A" by the claimant, as maintained in the Claims Division's file. In accordance with Federal Rule of Civil Procedure 5.2(a), the claimant's Social Security number has been redacted except for the last four digits, his date of birth has been redacted except for the year, and his driver's license number, street address, telephone number, and e-mail address have been redacted. No other alterations have been made.

5. I have reviewed the Claims Division's records for this claim and for other claims presented by or on behalf of David Beck. Those records contain no amendment to the claim attached as Exhibit A and no other claim presented by or on behalf of David Beck arising from the November 25, 2024 incident.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2026, at San Diego, California.

Stefanie Osborn

STEFANIE OSBORN