**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DAVID BECK,

Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No. 25-cv-3753-W-SBC

**ORDER (1) GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE, CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES, AND (2) DENYING JOINT MOTION TO CONTINUE DEADLINE FOR DEFENDANTS THOMPSON AND STILFIELD TO RESPOND TO THE COMPLAINT AS MOOT [DKT. NO. 12]**

Judge: Hon. Thomas J. Whelan
Magistrate Judge: Hon. Steve B. Chu

Upon good cause shown, the Court hereby **GRANTS** the parties' Joint Motion to Continue Early Neutral Evaluation Conference, Case Management Conference, and Related Deadlines. The dates set in the Court's September 10, 2026 Order (Dkt. No. 10) are amended as follows:

/ / /

/ / /

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Rule 26(f) conference (21 days before ENE) | Oct. 2, 2026 | Nov. 17, 2026 |
| Plaintiff's written settlement proposal | Oct. 2, 2026 | Nov. 17, 2026 |
| Defendants' response to settlement proposal | Oct. 9, 2026 | Nov. 24, 2026 |
| Initial disclosures, Fed. R. Civ. P. 26(a) (7 days before ENE) | Oct. 16, 2026 | Dec. 1, 2026 |
| Joint Discovery Plan lodged (7 days before ENE) | Oct. 16, 2026 | Dec. 1, 2026 |
| Exchange and lodgment of ENE statements | Oct. 16, 2026 | Dec. 1, 2026 |
| Early Neutral Evaluation and Case Management Conference | Oct. 23, 2026, 1:00 p.m. | Dec. 8, 2026 at 10:00 AM |

In light of the filing of a motion to dismiss by Defendants Thompson and Stilfield on October 6, 2026, the parties' joint motion to continue the deadline for these defendants to respond to the complaint is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: October 7, 2026

Hon. Steve B. Chu
United States Magistrate Judge