EUGENE G. IREDALE: SBN 75292
*egiredale@iredalelaw.com*
JULIA YOO: SBN 231163
*jyoo@iredalelaw.com*
PETER BIBRING: SBN 223981
*pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

JOSHUA J. NUNI: SBN 313724
*jnuni@peopleslaw.la*
THE PEOPLE'S LAW PROJECT: LOS ANGELES
250 E 1st St, Suite 1201
Los Angeles, CA 90012
T: (213) 293-9797
F: (213) 315-0020

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DAVID BECK, an individual;

Plaintiff,

v.

COUNTY OF SAN DIEGO; SAN DIEGO COUNTY SHERIFF'S OFFICE DEPUTY THOMPSON, in his individual capacity; SAN DIEGO COUNTY SHERIFF'S OFFICE SERGEANT STILFIELD, in his individual capacity; and DOES 1-20;

Defendants.

Case No. 25-cv-03753-W-SBC

**JOINT MOTION FOR A PROTECTIVE ORDER**

Magistrate: Hon. Steve B. Chu

Plaintiff and Defendants, through their respective attorneys of record, jointly move the Court for entry of attached Proposed Protective Order, filed concurrently herewith. Plaintiff and Defendants make this application on the grounds that disclosures and discovery in this action are likely to involve production of information that the producing party asserts should be kept confidential and protected from public disclosure and from use for any purpose other than prosecuting or defending this litigation — including but not limited to medical information, police investigative records, police personnel records, and records containing private information of nonparties to this action. Accordingly, good cause exists to enter the Proposed Protective Order under Federal Rule of Civil Procedure 26(c).

To expedite the early exchange of information and documents between Defendants and Plaintiff, the signatories to this Joint Motion request that the Court enter the Proposed Protective Order, which will be binding as to the moving parties. The parties agree that any signatory to this motion is authorized to move the Court to enforce the terms of the Proposed Protective Order. Furthermore, the parties to this joint motion agree that any materials designated as confidential will be maintained pursuant to the terms of the Proposed Protective Order and will not be disclosed or disseminated to any individual or entity that is not a movant to this Joint Motion and bound by the terms of the Proposed Protective Order.

The Proposed Protective Order is attached and is based on the Southern District's Model Protective Order, posted on the Southern District website, with minor modifications to clarify that dissemination of designated confidential materials is permitted to individual parties, as well as to experts and technical or support contractors who sign a written agreement to be bound by the Protective Order and subject to the Court's jurisdiction to enforce it (without the prior approval process required for material designated "Counsel Only"). The parties agree that such process adequately protects confidential information and reflects the needs of working with experts and support personnel such as video editors and contract paralegals.

Respectfully submitted,

Dated: October 13, 2026

THE PEOPLE'S LAW PROJECT: LOS ANGELES

By: */s/ Joshua J. Nuni*
Joshua J. Nuni

IREDALE & YOO, APC

By: */s/ Peter Bibring*
Peter Bibring

Attorneys for Plaintiff

Dated: October 13, 2026

DAMON M. BROWN, County Counsel

By: */s/ Jennifer M. Martin*
Jennifer M. Martin, Supervising Deputy

Attorneys for Defendant County of San Diego
E-mail: Jennifer.Martin2@sdcounty.ca.gov

**CERTIFICATION**

I, PETER BIBRING, hereby certify that the content of this proposed final pretrial conference order is acceptable to all parties required to sign this motion. All parties authorized me to affix their electronic signatures to this pleading.

*s/ Peter Bibring*
PETER BIBRING