**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DAVID BECK,

Plaintiffs,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No.: 25-CV-3753 W (SBC)

**ORDER GRANTING JOINT MOTION [DOC. 15] TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**

Pending before the Court is a joint motion to continue the hearing date and briefing schedule on Defendants' motion to dismiss. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 15] and **ORDERS** as follows:

- Plaintiffs' opposition is due on or before **December 7, 2026**.
- Defendants' reply is due on or before **December 14, 2026**.

Upon completion of the briefing, the matter shall be deemed under submission and the parties shall await further order of the Court. See Civ. L. Rule 7.1d1.

**IT IS SO ORDERED**.

Dated: October 14, 2026

Hon. Thomas J. Whelan
United States District Judge